```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 04965
   REGINALD N LOONEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4279


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/20/2007 and was confirmed 08/13/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 10/09/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00             .00           .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE        .00             .00           .00
DRIVE FINANCIAL SERVICES SECURED NOT I        .00             .00           .00
AMERICREDIT FINANCIAL SE UNSEC W/INTER   14480.85           51.81           .00
CITIBANK/SEARS           UNSEC W/INTER  NOT FILED             .00           .00
AT&T BROADBAND           UNSEC W/INTER  NOT FILED             .00           .00
FIRST PREMIER BANK       UNSEC W/INTER      334.49            .00           .00
LOYOLA UNIVERSITY HEALTH UNSEC W/INTER  NOT FILED             .00           .00
COMMONWEALTH EDISON      UNSEC W/INTER  NOT FILED             .00           .00
TAURUS EMERGENCY PHYSICI UNSEC W/INTER  NOT FILED             .00           .00
TAURUS EMERGENCY PHYSICI UNSEC W/INTER  NOT FILED             .00           .00
VILLAGE OF BELLWOOD      UNSEC W/INTER  NOT FILED             .00           .00
VILLAGE OF BELLWOOD      UNSEC W/INTER  NOT FILED             .00           .00
VILLAGE OF BELLWOOD      UNSEC W/INTER  NOT FILED             .00           .00
VILLAGE OF BELLWOOD      UNSEC W/INTER  NOT FILED             .00           .00
VILLAGE OF BELLWOOD      UNSEC W/INTER  NOT FILED             .00           .00
CONCORDIA UNIVERSITY     UNSEC W/INTER  NOT FILED             .00           .00
SEARS                    UNSEC W/INTER      403.53            .00           .00
OAK PARK EYE CENTER      UNSEC W/INTER  NOT FILED             .00           .00
MILLENIUM MEDICAL WEST S UNSEC W/INTER  NOT FILED             .00           .00
RMI/MCSI                 UNSEC W/INTER     1500.00            .00           .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER       62.00            .00           .00
COMMONWEALTH EDISON      UNSEC W/INTER      135.46            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       1,834.00                      1,834.00
TOM VAUGHN               TRUSTEE                                           139.76
DEBTOR REFUND            REFUND                                            520.88

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 2,546.45

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 04965 REGINALD N LOONEY
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
    INTEREST                                                        51.81
ADMINISTRATIVE                                                   1,834.00
TRUSTEE COMPENSATION                                               139.76
DEBTOR REFUND                                                      520.88
                                         ---------------   ---------------
TOTALS                                          2,546.45          2,546.45
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 01/23/08                  /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 04965 REGINALD N LOONEY